# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00056-CR

**Jeffery N. Rucks, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2012-297, HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion asking us to abate the appeal so that the trial court may enter findings of fact and conclusions of law as requested by his attorney following the denial of his motion to suppress at a hearing held November 3, 2011. The State has filed a response stating that it does not oppose appellant's motion to abate. We therefore abate the cause to the trial court for entry of findings of fact and conclusions of law sufficient for this Court to use to review the trial court's application of the law to the facts. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). The trial court shall arrange for the filing of a supplemental clerk's record containing the court's findings and conclusions no later than September 20, 2013.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Abated

Filed:   August 8, 2013

Do Not Publish